Argued and submitted December 14, 1982, affirmed February 16, 1983

SMITH,
*Appellant,*

*v.*

TERMINAL TRANSFER, INC.,
*Respondent.*

(A80 02 01083; CA A22215)

658 P2d 579

Roger G. Weidner, Portland, argued the cause and filed the brief for appellant.

Margaret H. Leek Leiberan, Portland, argued the cause for respondent. With her on the brief was Mitchell, Lang & Smith, Portland.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

## PER CURIAM.

The question in this personal injury case is whether the trial court erred in not giving three Uniform Jury Instructions requested by plaintiff. The portion of the record before us on appeal does not contain a transcript of the portion of the proceedings in which the trial court instructed the jury. Therefore, we cannot tell what instructions were given and what instructions were not, or whether those requested and refused were covered by those that were given. When an appellant does not designate a record that is adequate for review, we must affirm the judgment appealed from if the pleadings are sufficient to support it. *Reeder v. Kay,* 276 Or 1111, 557 P2d 673 (1976); *H.N.M. Enterprises, Inc. v. Hamilton,* 49 Or App 613, 621 P2d 57 (1980).

Affirmed.